BEFORE THE SECOND DIVISION, JUNE 5, 1962

**No. 66828.**—R. J. Saunders & Co., Inc. *v.* United States, protests 59/33663, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of liquid air engines and parts similar in all material respects to those the subject of Abstract 66095, the claim of the plaintiff was sustained.

**No. 66829.**—Baron Tube Company and W. R. Zanes & Company *v.* United States, protests 261953–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items marked "A" consist of seamless steel oil-well casings, not advanced beyond hammering, rolling, or casting, similar in all material respects to those the subject of *United Supply & Mfg. Co., The Crispin Company* v. *United States* (37 Cust. Ct. 95, C.D. 1804), the claim at one-tenth of 1 cent per pound was sustained. The items marked "B," stipulated to consist of seamless steel oil-well casings, advanced beyond hammering, rolling, or casting, the same as those involved in *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C.D. 1577), were held dutiable at 7½ percent ad valorem, as claimed.

BEFORE THE THIRD DIVISION, JUNE 5, 1962

**No. 66830.**—Brown, Alcantar & Brown, Inc. *v.* United States, protests 257422–K, etc. (El Paso).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiff was sustained.

No. 66831.—Frank P. Dow Co., Inc., of L.A. et al. v. United States, protests 274611–K, etc. (Los Angeles).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiffs was sustained.

No. 66832.—Norman G. Jensen, Inc. v. United States, protests 60/4880, 60/4881, and 60/7517 (Duluth).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

No. 66833.—Norman G. Jensen, Inc. v. United States, protests 60/7344, etc. (Pembina).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiff was sustained.

No. 66834.—Hosoda Bros. and Hoyt, Shepston & Sciaroni et al. v. United States, protests 257500–K, etc. (San Francisco).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.